B6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### Southern District of Florida

In re  **George Ward,**
       **Marjorie I Ward**,
                                    Debtors

Case No. **15-10626**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED 4/3/2015

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 181,147.00 | | |
| B - Personal Property | Yes | 4 | 30,420.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 790,707.53 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 31,395.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,676.04 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,956.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| | | Total Assets | 211,567.00 | | |
| | | | Total Liabilities | 822,103.11 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re: **George Ward, Marjorie I Ward**, Debtors

Case No. **15-10626**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | 4,676.04 |
| Average Expenses (from Schedule J, Line 22) | 4,956.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | 4,738.00 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 581,210.53 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 31,395.58 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 612,606.11 |

B6B (Official Form 6B) (12/07)

In re **George Ward,**
   **Marjorie I Ward**
   ,
   Debtors

Case No. **15-10626**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED 4/3/2015

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | J | **30.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Baptist Health South Florida Federdal Credit Union Account No.XXX-92164** | W | **20.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living room: 2 Couches, Love seat, 2 Chairs, 2 Center tables, 2 Corner tables, 2 TVs, VCR, DVD, Stereo and miscellaneous Decorative Items. Kitchen: Refrigerator, Toaster, Microwave, Coffee maker, Dishwasher, Stove, Dining table with four chairs, Cabinet, Pots, Plates, Cups, Silverware and Misc small items. Bedroom: Bed, Dress, Headboard, 2 Nightstands, Lamp and Mirror. Other Items: Washer, Dryer, Lawn Mower, Printer, Fax, Scanner, Desk, Chair, Grill, Digital Camera, Used Towels, Sheets, Bedding and Comforters. Value is debtors valuation based on age and condition.** | J | **1,900.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Used clothes and shoes, value is debtors valuation based on age and condition.** | J | **120.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > (Total of this page) | **2,070.00** |
|---|---|---|

   **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | **George Ward,** | Case No. | **15-10626** |
|---|---|---|---|
| | **Marjorie I Ward** | | |

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 4/3/2015
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **George Ward,**
**Marjorie I Ward**,
Debtors

Case No. **15-10626**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 4/3/2015
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Nissan Altima**<br>**Vin:**<br>**Estimated miles: 50,000**<br>**Value obtained by NADA (Average value)**<br>**- Debtors intent to reaffirm interest in property.** | J | 10,150.00 |
| | | **2013 Ford Explorer**<br>**Vin:**<br>**Estimated miles: 39,000**<br>**Value obtained by NADA (Average value)**<br>**- Debtors intent to reaffirm interest in property.** | J | 18,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| | | | Sub-Total ><br>(Total of this page) | **28,350.00** |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **George Ward,**
       **Marjorie I Ward**                                              Case No.   **15-10626**
                                                                  ,
                                                            Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 4/3/2015
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 Dog (Mastiff & Akita) of not value.** | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **30,420.00** |

Sheet  **3**  of  **3**    continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  **George Ward,**
       **Marjorie I Ward**
                                                                                        , Case No. __**15-10626**__
                                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED 4/3/2015

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                          *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on Hand | Fla. Const. art. X, § 4(a)(2) | 30.00 | 30.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Baptist Health South Florida Federdal Credit Union Account No.XXX-92164 | Fla. Stat. Ann. § 222.25(4) | 20.00 | 20.00 |
| **Household Goods and Furnishings** | | | |
| Living room: 2 Couches, Love seat, 2 Chairs, 2 Center tables, 2 Corner tables, 2 TVs, VCR, DVD, Stereo and miscellaneous Decorative Items. Kitchen: Refrigerator, Toaster, Microwave, Coffee maker, Dishwasher, Stove, Dining table with four chairs, Cabinet, Pots, Plates, Cups, Silverware and Misc small items. Bedroom: Bed, Dress, Headboard, 2 Nightstands, Lamp and Mirror. Other Items: Washer, Dryer, Lawn Mower, Printer, Fax, Scanner, Desk, Chair, Grill, Digital Camera, Used Towels, Sheets, Bedding and Comforters. Value is debtors valuation based on age and condition. | Fla. Const. art. X, § 4(a)(2) Fla. Stat. Ann. § 222.25(4) | 1,970.00 180.00 | 1,900.00 |
| **Wearing Apparel** | | | |
| Used clothes and shoes, value is debtors valuation based on age and condition. | Fla. Stat. Ann. § 222.25(4) | 120.00 | 120.00 |
| | Total: | 2,320.00 | 2,070.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **George Ward,**                                                                              Case No.   **15-10626**
        **Marjorie I Ward**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED 4/3/2015

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx0307** <br><br> **Metro Ford** <br> **9000 NW 7th Ave** <br> **Miami, FL 33150** | | J | **Auto Loan** <br> **2013 Ford Explorer** <br> **Vin:** <br> **Estimated miles: 39,000** <br> **Value obtained by NADA (Average value)** <br> **- Debtors intent to reaffirm interest in property.** <br> Value $     **18,200.00** | | | | **45,143.24** | **26,943.24** |
| Account No. **xxxxxxxxxx0001** <br><br> **Nissan Motor Acceptance** <br> **Po Box 660360** <br> **Dallas, TX 75266** | | J | **Opened 8/13/11 Last Active 1/01/15** <br> **Auto Loan** <br> **2011 Nissan Altima** <br> **Vin:** <br> **Estimated miles: 50,000** <br> **Value obtained by NADA (Average value)** <br> **- Debtors intent to reaffirm interest in property.** <br> Value $     **10,150.00** | | | | **12,771.00** | **2,621.00** |
| Account No. **xxxx xx.: xxxx-xxxxx-CA-01** <br><br> **U.S. Bank National Association** <br> **c/o Greenspoon Marder, PA** <br> **100 West Cypress Creek Rd #700** <br> **Fort Lauderdale, FL 33309** | | J | **Lawsuit** <br> **Homestead Address: 18878 NW 34th Court, Miami Gardens FL 33056-2218** <br> **Legal Description: FISCHER SUBDIVISION PB 166-037 T-22419 LOT 5 BLK 1 LOT SIZE 6532 SQ FT OR 23220-4135 032005 2 COC 26156-1454 01 2008 1** <br> Value $     **181,147.00** | | | | **375,295.29** | **375,295.29** |
| Account No. **xxxxxxxxx6983** <br><br> **Us Bank Home Mortgage** <br> **4801 Frederica St** <br> **Owensboro, KY 42301** | | J | **Opened 1/08/08 Last Active 10/01/12** <br> **Mortgage** <br> **Homestead Address: 18878 NW 34th Court, Miami Gardens FL 33056-2218** <br> **Legal Description: FISCHER SUBDIVISION PB 166-037 T-22419 LOT 5 BLK 1 LOT SIZE 6532 SQ FT OR 23220-4135 032005 2 COC 26156-1454 01** <br> Value $     **181,147.00** | | | | **357,498.00** | **176,351.00** |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **790,707.53** | **581,210.53** |
| | | | Total <br> (Report on Summary of Schedules) | | | | **790,707.53** | **581,210.53** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: **George Ward, Marjorie I Ward**, Debtor(s)

Case No. **15-10626**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED 4/3/2015

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **26** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 3, 2015**   Signature **/s/ George Ward**
George Ward
Debtor

Date **April 3, 2015**   Signature **/s/ Marjorie I Ward**
Marjorie I Ward
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re **George Ward**
**Marjorie I Ward**
Debtor(s)

Case No. **15-10626**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED 4/3/2015

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Metro Ford** | **Describe Property Securing Debt:**<br>**2013 Ford Explorer**<br>**Vin:**<br>**Estimated miles: 39,000**<br>**Value obtained by NADA (Average value)**<br>**- Debtors intent to reaffirm interest in property.** |

Property will be (check one):
 ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
 ■ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Nissan Motor Acceptance** | **Describe Property Securing Debt:**<br>**2011 Nissan Altima**<br>**Vin:**<br>**Estimated miles: 50,000**<br>**Value obtained by NADA (Average value)**<br>**- Debtors intent to reaffirm interest in property.** |

Property will be (check one):
 ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>U.S. Bank National Association | **Describe Property Securing Debt:**<br>Homestead Address: 18878 NW 34th Court, Miami Gardens FL 33056-2218<br>Legal Description: FISCHER SUBDIVISION PB 166-037 T-22419 LOT 5 BLK 1 LOT SIZE 6532 SQ FT OR 23220-4135 032005 2 COC 26156-1454 01 2008 1<br>- Valuation obtained from Miami |

Property will be (check one):
  ■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                      ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Us Bank Home Mortgage | **Describe Property Securing Debt:**<br>Homestead Address: 18878 NW 34th Court, Miami Gardens FL 33056-2218<br>Legal Description: FISCHER SUBDIVISION PB 166-037 T-22419 LOT 5 BLK 1 LOT SIZE 6532 SQ FT OR 23220-4135 032005 2 COC 26156-1454 01 2008 1<br>- Valuation obtained from Miami |

Property will be (check one):
  ■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

B8 (Form 8) (12/08) Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **April 3, 2015**   Signature **/s/ George Ward**
**George Ward**
Debtor

Date **April 3, 2015**   Signature **/s/ Marjorie I Ward**
**Marjorie I Ward**
Joint Debtor