B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re **George Ward / Marjorie I Ward**  
Debtor(s)

Case No. **15-10626**  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED 4/3/2015

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

### Property No. 1

**Creditor's Name:**  
Metro Ford

**Describe Property Securing Debt:**  
2013 Ford Explorer  
Vin:  
Estimated miles: 39,000  
Value obtained by NADA (Average value)  
- Debtors intent to reaffirm interest in property.

Property will be (check one):  
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):  
■ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt    ☐ Not claimed as exempt

### Property No. 2

**Creditor's Name:**  
Nissan Motor Acceptance

**Describe Property Securing Debt:**  
2011 Nissan Altima  
Vin:  
Estimated miles: 50,000  
Value obtained by NADA (Average value)  
- Debtors intent to reaffirm interest in property.

Property will be (check one):  
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                           Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>U.S. Bank National Association | **Describe Property Securing Debt:**<br>Homestead Address: 18878 NW 34th Court, Miami Gardens FL 33056-2218<br>Legal Description: FISCHER SUBDIVISION PB 166-037 T-22419 LOT 5 BLK 1 LOT SIZE 6532 SQ FT OR 23220-4135 032005 2 COC 26156-1454 01 2008 1<br>- Valuation obtained from Miami |

Property will be (check one):
   ■ Surrendered                     ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Us Bank Home Mortgage | **Describe Property Securing Debt:**<br>Homestead Address: 18878 NW 34th Court, Miami Gardens FL 33056-2218<br>Legal Description: FISCHER SUBDIVISION PB 166-037 T-22419 LOT 5 BLK 1 LOT SIZE 6532 SQ FT OR 23220-4135 032005 2 COC 26156-1454 01 2008 1<br>- Valuation obtained from Miami |

Property will be (check one):
   ■ Surrendered                     ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

B8 (Form 8) (12/08) Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **April  3, 2015**      Signature **/s/ George Ward**
**George Ward**
Debtor

Date **April  3, 2015**      Signature **/s/ Marjorie I Ward**
**Marjorie I Ward**
Joint Debtor