**Exhibit "C"**
**Voicemails**

January 18, 2015 11:11 AM

Good morning Marjorie, this is Roque with Metro Ford. When you get a moment please give me a call back. I want to tell you that I feel bad and I apologize to you for every time you come here I'm always busy and so I feel like I've been neglecting you every time you come here I haven't been giving you the attention that I really want to, you know, so I really apologize for that but if you can give me a call back I would love to speak with you for a moment. Okay sweetie? I hope you're having a great Sunday, which is a day that the Lord has made, so let us be, it's hard to be happy. Ok. Give me a call. Thank you sweetie. Bye-bye.

January 26, 2015 at 2:30 PM

Hello Marjorie, it's Roque at Metro Ford, I got your message but I was in New York when you called me. I'm back now. But we still need your husband George's last paystub's. Lino is yelling at me for those. Nothing like getting back from a vacation and getting yelled at. [Laughter] So please return my call at 786-426-0300. Let me know when you and George can come in. He needs you to come in ASAP. Okay? Thank you Marjorie. Bye-bye sweetie.

January 30, 2015 at 9:51 AM

Hi Marjorie. Good morning, it's Roque. Give me a call when you get this message I heard that uh *[long pause]* there's a situation. So give me a call. You have my number. Thank you sweetie bye-bye.

February 1, 2015 at 1:15 PM

Hi Marjorie, it's Roque. I heard you were supposed be in on Friday. I really need for you to give me a call you have my number 786-426-0300 they really need you to come in. Please call me back as soon as you can. Thank you. Bye-bye.

February 5, 2015 at 8:47 AM

Good morning Marjorie it's Roque. Listen sweetie. You haven't come in, you haven't signed the papers, so they're going to come get the truck. I just wanted to let you know that. Unless you can come in today and make a miracle happen, which is what I would love for you to do, but I'm just letting you know that if you don't come in today they are going to absolutely without a doubt 100% going to come get the truck. So I just wanted to let you know. Okay give me a call back. Thank you. Bye-bye.