

**ORDERED in the Southern District of Florida on May 11, 2015.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re:   George Ward | Case No: 15-10626-AJC |
| Marjorie Ward | Chapter 7 |
| _____Debtors_____/ | |

**AGREED ORDER GRANTING IN PART AND DENYING IN PART DEBTORS'
MOTION TO COMPEL CREDITOR, METRO FORD, INC., TO RETURN 2013 FORD
EXPLORER, FOR ACTUAL DAMAGES, SANCTIONS AND ATTORNEY'S FEES, FOR
WILLFUL VIOLATION OF 11 U.S.C. § 362, AND TO HOLD CREDITOR IN
CONTEMPT OF COURT**
(*Cancels hearing on June 10, 2015 at 10:30 AM*)

THIS CAUSE having come before the Court on the Debtors' Motion to Compel Creditor, Metro Ford, Inc., to Return the 2013 Ford Explorer, for Actual Damages, Sanctions, and Attorney's Fees, for Willful Violation of 11 U.S.C. § 362, and to Hold Creditor in Contempt of Court (ECF No. 32)(the "Motion"). The Court being advised that the parties have agreed to the full and final resolution of any and all matters raised in the Motion and have agreed to entry of this order, and being otherwise duly advised, it is **ORDERED** as follows:

1. The Motion is **Denied, subject to the terms of this order**.

2. Metro Ford, Inc. may retain the 2013 Ford Explorer and the trade-in vehicle delivered by the Debtors to Metro Ford, Inc. The Debtors relinquish any rights to both of these vehicles.

3. Within 20 days of the entry of this Order, in full and final resolution of the Debtors' claims in the Motion, and without any admission of wrongdoing or statutory violations, Creditor, Metro Ford, Inc., (i) shall pay the sum of $5,000.00 to the Debtors, which shall be deemed post-petition damages, and (ii) shall pay attorney's fees in the amount of $1,000.00 to counsel for Debtors, Robert Sanchez, P.A., and shall send payment to the following address:

>  ROBERT SANCHEZ, P.A.
>  355 W 49th Street,
>  Hialeah, FL 33012

                                    ###

Respectfully Submitted:
ROBERT SANCHEZ, P.A.
355 W 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

Copies furnished to:
Counsel for Movant is directed to serve a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof and file a Certificate of Service.